UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

JINMEI LIU,

Plaintiff,

v.

SCOTT VELEZ, *New York District Director, U.S. Citizenship and Immigration Services*, et al.,

Defendants.

--------------------------------------------------------------x

**STIPULATION OF DISMISSAL**
**<u>WITHOUT PREJUDICE</u>**

Civil Action No.
26-cv-4619

(Vitaliano J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
September 15, 2026

JIA LAW GROUP, P.C.
*Counsel for Plaintiff*
88 Pine Street, 18th Fl.
New York, NY 10005

By: /s/ Jason Jia

Jason Jia, Esq.
(347) 897-6199
Jason.Jia@jiaesq.com

THE CLERK IS DIRECTED TO CLOSE THIS CASE

Dated: Brooklyn, New York
September 15, 2026

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 9/16/2026

/s/Eric N. Vitaliano

Eric N. Vitaliano
United States District Judge

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By:

Nathan Shi
Assistant U.S. Attorney
(718) 254-6013
nathan.shi@usdoj.gov